# United States District Court

## WESTERN DISTRICT OF WASHINGTON

### JUDGMENT IN A CIVIL CASE

DEAN A. SCHRADER and BARBARA L.
SCHRADER, husband and wife,

       v.

CASE NUMBER:  C09-5255RBL

CLARK COUNTY, WASHINGTON.

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion to Dismiss is **GRANTED** and the case is **DISMISSED WITH  PREJUDICE.**

*DATED :*     12/31/09

                         BRUCE  RIFKIN
                    *Clerk*

                     /s/   Jean Boring
                *(By) Deputy Clerk*, Jean Boring